Petition denied.

====

### Petition of READER.

District Court, E. D. Michigan. September 19, 1927.

### No. 17699.

**Aliens ☞62(5)—Alien, who was never legally admitted cannot make valid declaration of intention as basis for naturalization.**

Alien, who entered United States unlawfully and was never legally admitted, cannot make valid declaration of intention as basis for naturalization.

Naturalization Proceeding. On petition of Charles Henry Reader for naturalization. Denied.

TUTTLE, District Judge. The petition for naturalization No. 17699 of Charles Henry Reader, filed with this court on October 25, 1926, came on regularly for hearing on September 19, 1927. The following facts were presented to the court:

(1) Petitioner was born in England, November 7, 1899.

(2) While serving as a seaman, on a boat calling at a United States port, the petitioner deserted the boat and entered the United States without the payment of head tax or inspection by the immigration authorities as required by the immigration law.

(3) Petitioner declared his intention to become a citizen March 3, 1920.

The court holds that the petitioner was never legally admitted into the United States, and that hence his declaration of intention is invalid and insufficient upon which to base a petition for naturalization. In re Jensen (D. C.) 11 F.(2d) 414.

Petition denied.